# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| EDUARDO VALDIVIA; ONORIO ROJAS; JOSE RODRIGUEZ; and RAUL NIETO | ) ) ) | Case No. 16-C-4158 |
| | ) | |
| Plaintiffs, | ) | Hon. Mary M. Rowland |
| | ) | |
| v. | ) | |
| | ) | |
| TNT LANDSCAPE CONSTRUCTION, INC., TNT RESTORATION CONSTRUCTION, INC., and TIMOTHY TERLECKI | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED DISMISSAL AND FINAL JUDGMENT

This action is dismissed with prejudice and judgment is hereby entered in favor of Plaintiffs and against Defendants, jointly and severally, in the amount of $100,000, including all costs and attorney's fees, pursuant to the terms of the parties' settlement agreement.

E N T E R:

Dated: April 9, 2018

_____
MARY M. ROWLAND
United States Magistrate Judge